IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY REGALADO,

    Plaintiff,           No. 2: 11-cv-2852 KJN P

    vs.

R.J. RACKLEY, et al.,

    Defendants.      ORDER

_____/

        Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 8, 2011, plaintiff consented to the jurisdiction of the undersigned.

        By order filed November 21, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 30, 2011

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

reg2852.fta